# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | No. 2:00-cr-20102-JPM |
| ) | |
| David Arlan Simpson ) | |
| ) | |
|    Defendant. ) | |

## ORDER ON DUE PROCESS PROTECTIONS

Pursuant to the Due Process Protections Act, the Court confirms the obligation of the United States to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

**IT SO ORDERED**.

<u>s/Jon A. York</u>
UNITED STATES MAGISTRATE JUDGE

Dated:   March 01, 2021